AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 13M-5033-JGD | 6/6/13  1205 pm | Thomas Britto |

Inventory made in the presence of: M. Connelly  Skelley  T Britto

Inventory of the property taken and name of any person(s) seized:

See attached inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/7/13

_Executing officer's signature_

Michael J Connelly – US Postal Inspector
_Printed name and title_

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: THOMAS BRITTO        Date: 6/6/13

Subject Address: _____    Floor/Room No. _____

Inspector(s): Connelly, Kelley, Bryce, Walker    Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Shelf: _____   Table: _____   Wall: _____   Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Compaq CPU |
| 1 | Scan Disk Cruzar 2GB |
| 1 | HP Monitor/CPU |
| 3 | VHS Tapes |
| 1 | Misc DVDS/CD |
| 1 | Numero DVD/CDs |
| 1 | VHS Tape |
| 1 | Package addressed to Britto from L.V.V. |
| 1 | Case Misc VHS Tapes |
| 1 | PlayStation (PS3) |
| 3 | Pictures of Boy (Photocopy) |
| 1 | Note w/ Picture of Boy |
| 1 | Google Cell phone w/ case |
| 1 | Misc DVDs/CD/Notes/Books |
| 1 | Misc VHS Tapes |
| 1 | Misc 3.5 floppy Disks |
| 1 | Verizon Cell phone & Minolta Camera |

DISTRIBUTION OF COPIES:  White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page  1  of  1  pages