UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of ) | |
| Residence at 195 Harvard Street, ) | M.J./Court No. 13m-5033-JGD |
| New Bedford, MA 02746 ) | |
| ) | |

### MOTION TO UNSEAL

The United States of America, through undersigned counsel, respectfully moves this Court to unseal the search warrant application, supporting affidavit, and search warrant dated June 4, 2013. In support of this motion, the government states that the investigation of this case became overt at the time the search warrant was executed and therefore the public disclosure of any of these materials would no longer jeopardize the government's investigation in this case.

The United States therefore requests that the Court unseal the search warrant application, supporting affidavit, and search warrant dated June 4, 2013, filed under the above mentioned case number.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
STACY DAWSON BELF
Assistant U.S. Attorney

DATED: July 28, 2014